Elmer G. Hassman, appellee, v. The Great Atlantic & Pacific Tea Company, appellant. Gen. No. 33,810.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Geo. D. Anthony, for appellant; John E. Wilson, of counsel. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Nathan Rushakoff, appellee, v. City of Chicago, appellant. Gen. No. 33,829.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Samuel A. Ettelson, Corporation Counsel, and Joseph Rubens, Assistant Corporation Counsel, for appellant; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Andalman, Laby & Andalman, for appellee; Maxwell N. Andalman, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Mrs. Josephine Hausner, appellant, v. Joseph Hausner, appellee. Gen. No. 33,838.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Hogan, Dougherty & Simon, for appellant; Louis B. Simon, of counsel. Ratner, Chapman & Ratner, for appellee; David J. Ratner, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Charles M. Fairall and Beulah H. Fairall, appellees, v. Daniel A. Coffey, appellant. Gen. No. 34,132.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed December 10, 1930. Rehearing denied January 5, 1931.

A. J. Bedard, for appellant. Ernest C. Reniff, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.